**DALE A. BLICKENSTAFF - #40681**
Attorney At Law
7081 N. Marks Avenue, # 104
Fresno, California 93711
(559) 389-0239 Telephone
(559) 436-0207 Facsimile
Email: dabnabit74@gmail.com

Attorney for Defendant,
ROSEMARIE MARTINEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ROSEMARIE MARTINEZ,<br><br>    Defendant. | Case No.: 1:18-cr-00252-LJO-SKO<br><br>**STIPULATION TO MODIFY TERM OF PRETRIAL RELEASE; ORDER (AMENDED)** |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that Ms. Martinez's pretrial release conditions be modified to permit her to participate in residential drug treatment at WestCare of Fresno, California.

    On May 5, 2019, and May 16, 2019, Ms. Martinez provided urine samples which proved to be positive for amphetamines. Previously, she had tested positive for the same drug on March 28, 2019 and was referred to outpatient drug abuse counseling.

    Ms. Martinez, when confronted with the test evidence, admitted her drug usage and expressed her desire to overcome her addiction. The outpatient efforts to treat her addiction have proven unsuccessful. She has agreed to participate in the residential treatment program at WestCare of Fresno, California. That program has been contacted and reports that a bed space is available on May 23, 2019, at 8:00 a.m. Ms. Martinez has consented to the date and time to present

herself to WestCare to be transported there by her husband, David Martinez.

Pretrial Services and defense counsel are in agreement that Ms. Martinez is in need of residential drug treatment to address her issues and that she would benefit from such treatment. The government joins this request for residential treatment for Ms. Martinez.

It is respectfully recommended Ms. Martinez's conditions of release be amended to add the following conditions of release:

1. You must refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used.
2. You must participate in the substance abuse treatment program at WestCare inpatient facility until released by the pretrial release officer.
    a. A responsible party, approved by Pretrial Services, must escort you to all required court hearings and escort you back to the inpatient facility upon completion of the hearing.

All other conditions of release are to remain in full force and effect.

Dated: May 31, 2019          Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By   /s/ Laurel Montoya
LAUREL MONTOYA, AUSA


By   /s/ Dale A. Blickenstaff
DALE A BLICKENSTAFF, Attorney for Defendant,
ROSEMARIE MARTINEZ

## ORDER

IT IS ORDERED that Rosemarie Martinez's pretrial release conditions be amended to include those conditions set forth above. All other conditions to remain in full force and effect.

IT IS SO ORDERED.

Dated: **May 31, 2019**     /s/ *Barbara A. McAuliffe*
                              UNITED STATES MAGISTRATE JUDGE