1  McGREGOR W. SCOTT
   United States Attorney
2  STEPHANIE M. STOKMAN
   THOMAS NEWMAN
3  Assistant United States Attorney
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6
   Attorneys for Plaintiff
7  United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00252-NONE |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | DATE: March 13, 2020 |
| ROSEMARIE MARTINEZ, | TIME: 8:30 a.m. |
| Defendant. | COURT: Hon. Dale A. Drozd |

**ORDER**

Pursuant to the parties' stipulation, the sentencing currently scheduled for March 13, 2020 at 8:30 a.m. is hereby continued to **March 27, 2020 at 8:30 a.m.**

IT IS SO ORDERED.

Dated: **February 11, 2020**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE