PHILLIP A. TALBERT
Acting United States Attorney
STEPHANIE STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00252-DAD-SKO |
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A); ORDER |
| v. | |
| ROSEMARIE MARTINEZ, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion for compassionate release on August 18, 2021. Docket No. 237. Pursuant to Local Rule the government's response is due on August 25, 2021.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

   a) The government's response to the defendant's motion to be filed on or before September 1, 2021;

STIPULATION RE BRIEFING SCHEDULE       1

    b)  The defendant's reply to the government's response to be filed on or before September 9, 2021.

IT IS SO STIPULATED.

Dated: August 19, 2021        PHILLIP A. TALBERT
                 Acting United States Attorney

                 /s/ STEPHANIE STOKMAN
                 STEPHANIE STOKMAN
                 Assistant United States Attorney

Dated: August 19, 2021        /s/MICHAEL W. BERDINELLA
                 MICHAEL W. BERDINELLA
                 Counsel for Defendant
                 ROSEMARIE MARTINEZ

**ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

  a)  The government's response to the defendant's motion, Docket No. 237, is due on or before September 1, 2021;

  b)  The defendant's reply to the government's response, if any, is due on September 9, 2021.

IT IS SO ORDERED.

  Dated: __August 26, 2021__                 
                       UNITED STATES DISTRICT JUDGE