MICHAEL W. BERDINELLA, SBN: 085038
Law Office of Michael W. Berdinella
726 West Barstow, Suite 100
Fresno, CA 93704
E-mail: attyberdinella@gmail.com
Phone: (559) 436-8000
Fax:     (559) 436-8900

Attorney for Defendant
Rosemarie Martinez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: 1:18-CR-00252-5 |
| Respondent/Plaintiff, | ORDER TO SEAL DOCUMENTS |
| vs. | |
| ROSEMARIE MARTINEZ, | Hon. Dale A. Drozd, Presiding |
| Defendant. | |

Upon application of the Defendant Rosemarie Martinez, through Counsel, and good cause being show as set forth in Defendant's Request To Seal at Docket ,

IT IS HEREBY ORDERED that Attachments 1, 2, 4 and 7 in support of Ms. Martinez's Emergency Motion to Reduce Sentence under 18 U.S.C. § 3582(c)(1)(A) shall be SEALED until ordered unsealed by the Court.

IT IS SO ORDERED.

Dated:  **August 26, 2021**                                 _____
UNITED STATES DISTRICT JUDGE