UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:18-cr-00252-JLT-SKO |
| Plaintiff, | ORDER DENYING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE AS MOOT |
| v. | |
| ROSEMARIE MARTINEZ, | (Doc. No. 237) |
| Defendant. | |

On March 29, 2021, Rosemarie Martinez petitioned the Court for compassionate release or a reduced sentence pursuant to 18 U.S.C. § 3582(c)(1)(A).  (Doc. 237.)  Defendant's motion for release or sentence reduction was based largely on concerns about COVID-19.

The case or controversy requirement of Article III of the Federal Constitution deprives the Court of jurisdiction to hear moot cases.  *Iron Arrow Honor Soc'y v. Heckler*, 464 U.S. 67, 70 (1983); *NAACP., Western Region v. City of Richmond*, 743 F.2d 1346, 1352 (9th Cir. 1984).  A case becomes moot if the "the issues presented are no longer 'live' or the parties lack a legally cognizable interest in the outcome." *Murphy v. Hunt*, 455 U.S. 478, 481 (1984).  At the time of her motion, Martinez was serving her 36-month sentence at RRC Turning Point in Fresno, California.  However, as of January 14, 2022, Martinez was released from custody.  *Find an inmate*, FEDERAL BUREAU OF PRISONS, https://www.bop.gov/inmateloc/ (last visited April 14,

2022.)  When a prisoner is released from custody, the motion for compassionate release becomes moot because there is no further relief this Court can provide.  *United States v. Sanchez*, No. 16-CR-2077-BEN, 2021 WL 5999764, at *1 (S.D. Cal. Dec. 17, 2021).  Accordingly, Defendant's motion (Doc. 237) is **DENIED** as moot.

IT IS SO ORDERED.

Dated:   **May 31, 2022**

UNITED STATES DISTRICT JUDGE